

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-16-00415-CV

___

IN THE INTEREST OF J.F.M., A CHILD

___

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 38,527, Honorable Phil N. Vanderpool, Presiding

___

December 29, 2016

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, S.L.M., filed a notice of appeal in the above-referenced cause without paying the requisite filing fee. By letter dated November 9, 2016, the Clerk of this Court notified S.L.M. that failure to pay the filing fee within ten days could result in dismissal of the appeal. TEX. R. APP. P. 42.3(c). The filing fee was not paid. Instead, on November 28, 2016, S.L.M.'s retained counsel filed a motion to withdraw, citing a breach of the fee agreement and lack of communication with S.L.M. as cause. On December 8, 2016, we granted counsel's motion to withdraw. By letter that same day sent to S.L.M.'s last known address, the Clerk notified her that failure to pay the filing fee by December 19 would result in dismissal of the appeal. The Clerk also informed S.L.M. that she could

file a statement of inability to afford payment of court costs if she could not afford to pay the filing fee. *See* TEX. R. APP. P. 20.1(c).  To date, S.L.M. has neither paid the filing fee, communicated to the Clerk that she is presumed indigent under Rule 20.1, nor sought leave to proceed without payment of costs.

Because S.L.M. failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).


Per Curiam